# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2007

134505 & (4)

In re: ANONYMOUS JUDGE,
        Plaintiff,

v

MICHIGAN JUDICIAL TENURE
COMMISSION,
        Defendant.

_____/

SC: 134505
JTC: 06-16729

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the motion to seal the file is GRANTED, in order to preserve the confidentiality of Judicial Tenure Commission proceedings provided by MCR 9.221. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.

KELLY, J., concurs and states as follows:

I concur in the decision to deny the relief sought in the belief, shared I think by others on the Court, that the Judicial Tenure Commission will act on plaintiff's requests for disqualification before taking any other formal action in this matter.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2007 _____

_____
Clerk

p1128